# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16-CV-00830-RJC-DSC

| | |
|---|---|
| MIRIAM MAYA CASTRO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STANTON ENTERPRISE, INC., et al., )<br>)<br>Defendants. ) | **ORDER** |

**THIS MATTER** is before the Court on McDonald's Corporation's "Motion[s] for Admission Pro Hac Vice and Affidavit [for Elizabeth B. McRee and Alice V. Brathwaite]" (documents # 43 and 44) filed August 21, 2017. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: August 22, 2017

David S. Cayer
United States Magistrate Judge