UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-00830-RJC-DSC

| | |
|---|---|
| MIRAIM MAYA CASTRO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| MCDONALD'S CORPORATION, MCDONALD'S ) | |
| U.S.A., LLC, STANTON ENTERPRISE, INC., JEFF ) | |
| STANTON, and ANN STANTON, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** comes before the Court on Defendants Stanton Enterprise, Inc., Jeff Stanton, and Ann Stanton's offer of judgment, (Doc. No. 55). The parties come before the Court to stipulate and consent that judgment be entered against Defendants and for Plaintiff Miriam Maya Castro for the full and final resolution of all claims within Plaintiff's Amended Complaint, (Doc. No. 33).

Defendants consent to a judgment against them conditioned on the dismissal, with prejudice, of all claims Plaintiff raised or could have raised in this action. As such, Defendants agree to pay Plaintiff:

1. Two thousand five hundred thirty-seven dollars and eighty-two cents ($2,537.82), less applicable taxes and withholdings, for alleged back pay wages, overtime, and alleged deductions;

2. Two thousand five hundred thirty-seven dollars and eighty-two cents ($2,537.82), in liquidated damages; and

3. Reasonable attorneys' fees and costs in an amount to be determined by the Court after a motion seeking such amounts has been filed and briefed by the parties.

Defendants therefore agree to pay Plaintiff a total sum of $5,075.64, plus prejudgment

interest and reasonable attorneys' fees. Plaintiff, in accordance with Rule 68 of the Federal Rules of Civil Procedure, has accepted Defendants' offer of judgment within 14 days. (Doc. No. 55-2).

**IT IS, THEREFORE, ORDERED** that:

1. Judgment is hereby entered against Defendants and in favor of Plaintiff for the total sum of $5,075.64, plus prejudgment interest and reasonable attorneys' fees;

2. Any claims raised in this litigation are rendered moot, are hereby dismissed with prejudice;

3. The Court considers this action concluded except for the determination of reasonable attorneys' fees, which the Court will later determine after a motion seeking such amounts has been filed and briefed by the parties.

Signed: January 5, 2018

Robert J. Conrad, Jr.
United States District Judge