UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-00830-RJC-DSC

| MIRAIM MAYA CASTRO, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | **AMENDED ORDER** |
| MCDONALD'S CORPORATION, MCDONALD'S U.S.A., LLC, STANTON ENTERPRISE, INC., JEFF STANTON, and ANN STANTON, | ) |  |
| Defendants. | ) |  |

**THIS MATTER** comes before the Court on defendants Stanton Enterprise, Inc., Jeff Stanton, and Ann Stanton's ("Stanton Defendants") offer of judgment, (Doc. No. 55).[1] These parties come before the Court to stipulate and consent that judgment be entered against them and for Plaintiff Miriam Maya Castro for the full and final resolution of the claims against all defendants within Plaintiff's Amended Complaint, (Doc. No. 33).

Stanton Defendants consent to a judgment against them conditioned on the dismissal, with prejudice, of all claims Plaintiff raised or could have raised in this action. As such, all of Plaintiff's claims will be dismissed as to all defendants with

---

[1] This Court previously entered an order to effectuate their Notice of Acceptance with Offer of Judgment but mistook the intent of the parties. (Doc. Nos. 55, 56). Rather than against all defendants, judgement shall be entered against the Stanton Defendants only, and all claims against McDonald's Corporation and McDonald's USA, LLC are dismissed with prejudice. This Amended Order reflects the parties' intent.

prejudice. Judgment will be entered against the Stanton Defendants specifically, who agree to pay Plaintiff:

1. Two thousand five hundred thirty-seven dollars and eighty-two cents ($2,537.82), less applicable taxes and withholdings, for alleged back pay wages, overtime, and alleged deductions;

2. Two thousand five hundred thirty-seven dollars and eighty-two cents ($2,537.82), in liquidated damages; and

3. Reasonable attorneys' fees and costs in an amount to be determined by the Court after a motion seeking such amounts has been filed and briefed by the parties.

The Stanton Defendants therefore agree to pay Plaintiff a total sum of $5,075.64, plus prejudgment interest and reasonable attorneys' fees. (Doc. No. 51-1). The Stanton Defendants disclaim that this judgment should not be construed or asserted to be their admission of liability in this or any other action that Plaintiff alleges in relation to any damages attributable to or caused by Stanton Defendants. (Id.). Judgment will not be entered against defendants McDonald's Corporation and McDonald's USA, LLC, but any claims asserted by Plaintiff against them in this action shall be dismissed with prejudice. Plaintiff has accepted the Stanton Defendants' offer of judgment within 14 days. (Doc. No. 55-2); see FED. R. CIV. PRO. 68(a).

**IT IS, THEREFORE, ORDERED** that:

1. Judgment is hereby entered against Defendants Stanton Enterprise, Inc., Jeff Stanton, and Ann Stanton and in favor of Plaintiff for the total sum of $5,075.64, plus prejudgment interest and reasonable attorneys' fees;

2. Any remaining claims raised in this litigation, including those against

McDonald's Corporation and McDonald's USA, LLC, are hereby dismissed with prejudice; and

3. The Court considers this action concluded except for the determination of reasonable attorneys' fees, which the Court will later determine after a motion seeking such amounts has been filed and briefed by the parties.

Signed: March 15, 2018

*Robert J. Conrad, Jr.*
Robert J. Conrad, Jr.
United States District Judge